**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6922**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

DAVID ZEBROWSKI, a/k/a Dog, David Stewart, a/k/a Lewis
Brady, a/k/a Mad Dog, a/k/a Eric Conrad Smith,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:96-cr-00041-JRS-3)

Submitted: August 16, 2012        Decided: August 21, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Zebrowski, Appellant Pro Se.   Richard Daniel Cooke,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Zebrowski appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction and denying his motion for reconsideration. We review for abuse of discretion a district court's decision on whether to reduce a sentence under § 3582(c)(2) and review de novo a court's conclusion on the scope of its legal authority under that provision. United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010). We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. United States v. Zebrowski, No. 3:96-cr-00041-JRS-3 (E.D. Va. Apr. 2, 2012; May 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED